# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| TEXAKOMA FINANCIAL, INC., ET AL., | § § § | |
| Petitioner, | § § | |
| v. | § § | Civil Action No. 4:17-cv-799 |
| KEN W. RIDENOUR, | § § | (Judge Mazzant/Judge Johnson) |
| Respondent. | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 27, 2017, the report of the Magistrate Judge (Dkt. #8) was entered containing proposed findings of fact and recommendations that Petitioners' Unopposed Motion for Entry of Judgment (Dkt. #3) be granted and the Arbitration Award be confirmed.

Having received the report of the United States Magistrate Judge, and the parties having jointly filed a notice stating they have no objections thereto (Dkt. #12), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, Petitioners' Unopposed Motion for Entry of Judgment (Dkt. #3) is **GRANTED** and a final judgment shall be entered for Petitioners.

**IT IS SO ORDERED**.

SIGNED this 5th day of December, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE